1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  ALEXANDER B. PARKER (S.B. #264705)
   aparker@omm.com
3  JESSE J. KOEHLER (S.B. #300530)
   jkoehler@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Defendant
   APPLE INC.
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DARREN EASTMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1338(a) & 1441(a) (FEDERAL QUESTION)**<br><br>**DEMAND FOR JURY TRIAL**<br><br>(Santa Clara County Superior Court - Case No. 18CV333181) |

- 1 -   NOTICE OF REMOVAL OF CIVIL ACTION

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1338(a) and 1441(a), Defendant Apple Inc. ("Apple") hereby removes to this Court the state court action described below:

## DESCRIPTION OF ACTION AND BASIS FOR REMOVAL

1. This removal involves an action that was commenced on August 13, 2018, in the Superior Court of the State of California in and for the County of Santa Clara, entitled *Darren Eastman v. Apple Inc.*, Case Number 18CV333181 (the "State Action."). A true and correct copy of the Complaint is attached as Exhibit 1.

2. Plaintiff filed a First Amended Complaint ("FAC") on August 22, 2018. A true and correct copy of the FAC is attached as Exhibit 2.

3. In the FAC, Plaintiff seeks correction of inventorship with respect to U.S. Patent Nos. 9,104,896; 8,881,310; 9,706,032; 9,763,098; and 9,125,014 (collectively, "the Patents"). (Ex. 2 at 14:24-16:12.) Plaintiff's First Cause of Action is for Utility Patent Nonjoinder & Reputational Damage and expressly "seeks relief per 35 U.S.C. §256." (*Id.*) Plaintiff similarly alleged a cause of action under 35 U.S.C. §256 in the Complaint. (Ex. 1 at 2.)

4. Plaintiff's First Cause of Action necessarily depends on resolution of patent law issues, therefore this Court has exclusive jurisdiction under 28 U.S.C. § 1338(a). "Because inventorship is a unique question of patent law, the cause of action arises under § 1338(a)." *HIF Bio, Inc. v. Yung Shin Pharms. Indus. Co., Ltd.*, 600 F.ed 1347, 1353 (Fed. Cir. 2010).

5. Accordingly, the State Action should properly be removed to this Court pursuant to 28 U.S.C. § 1441(a).

## SERVICE AND TIMELY REMOVAL

6. The first date Apple received a copy of any version of the complaint in the State Action was August 29, 2018. On that date, a process server served a copy of the FAC and Summons on Apple's agent for service of process, CT Corporation. A true and correct copy of the Summons, Civil Cover Sheet, Consent to Electronic Filing and Service and Notice of Electronic Service Address, and Proof of Service of Summons are attached as Exhibit 3. The pleadings and

documents included in Exhibits 1 through 3 constitute all files in the Santa Clara County Superior Court file for the State Action as of September 27, 2018.

7. Accordingly, this Notice of Removal is being timely filed within 30 days of receipt by Apple of a copy of the FAC. 28 U.S.C. § 1446(b).

## INTRADISTRICT ASSIGNMENT

8. This case is an intellectual property rights dispute and, accordingly, is subject to district-wide assignment pursuant to Civil .L.R. 3-2(c).

## JURY DEMAND

9. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Apple hereby demands a trial by jury of all issues.

Dated: September 27, 2018

DAVID R. EBERHART
ALEXANDER B. PARKER
JESSE J. KOEHLER
O'MELVENY & MYERS LLP


By: */s/ David R. Eberhart*
       David R. Eberhart

Attorneys for Defendant
APPLE INC.