# EXHIBIT 1

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DARREN EASTMAN<br>21446 ONEDA CT.<br>LOS GATOS, CA 95033<br>TELEPHONE NO: 650-215-3313   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): DARREN@EASTMANTECHNOLOGIES.COM<br>ATTORNEY FOR (Name): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CLARA
STREET ADDRESS: 191 N. FIRST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE 95113
BRANCH NAME: 191 N. FIRST STREET

PLAINTIFF: DARREN EASTMAN

DEFENDANT: APPLE, INC.

☐ DOES 1 TO _____

E-FILED
8/13/2018 9:03 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
18CV333181
Reviewed By: A. Hwang

**CONTRACT**
☑ COMPLAINT         ☐ AMENDED COMPLAINT (Number):
☐ CROSS-COMPLAINT   ☐ AMENDED CROSS-COMPLAINT (Number):

**Jurisdiction** (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded   ☐ does not exceed $10,000
                    ☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE  (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
     ☐ from limited to unlimited
     ☐ from unlimited to limited

CASE NUMBER: 18CV333181

1. **Plaintiff*** (name or names):
   DARREN EASTMAN

   alleges causes of action against **defendant*** (name or names):
   APPLE, INC.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 43
3. a. Each plaintiff named above is a competent adult
      ☐ except plaintiff (name):
         (1) ☐ a corporation qualified to do business in California
         (2) ☐ an unincorporated entity (describe):
         (3) ☐ other (specify):

   b. ☐ Plaintiff (name):
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

      b. ☐ has complied with all licensing requirements as a licensed (specify):
      c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      ☑ except defendant (name): APPLE, INC.           ☐ except defendant (name):
         (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
         (2) ☑ a corporation                              (2) ☐ a corporation
         (3) ☐ an unincorporated entity (describe):       (3) ☐ an unincorporated entity (describe):

         (4) ☐ a public entity (describe):                (4) ☐ a public entity (describe):

         (5) ☐ other (specify):                           (5) ☐ other (specify):

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: EASTMAN v. APPLE, INC. | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to  ☐ Civil Code section 1812.10  ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☑ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☑ the contract was to be performed here.
   e. ☑ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   ☑ Breach of Contract

   ☐ Common Counts

   ☑ Other *(specify):*
   §98.6, §98.7, §201, §1102.5, §3294, §3355, §3336, §11065, §11068, §12940

9. ☑ Other allegations:

   35 USC §256, 125 Stat. 284

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☑ damages of: $ 326,400
    b. ☑ interest on the damages
       (1) ☐ according to proof
       (2) ☑ at the rate of *(specify):* 10 percent per year from *(date):* October 1, 2014
    c. ☑ attorney's fees
       (1) ☑ of: $ 5,000
       (2) ☐ according to proof.
    d. ☑ other *(specify):*
       735 shares of stock and corection of ownership for 5 US utility patents (stated in demand for relief)

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: August 13, 2018

DARREN EASTMAN
(TYPE OR PRINT NAME)                              ▶ /s/ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]        **COMPLAINT—Contract**                    Page 2 of 2