EXHIBIT 3

*8/29/18 @BPA* (handwritten)

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
APPLE, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DARREN EASTMAN

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

E-FILED
8/13/2018 9:03 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
18CV333181
Reviewed By: A. Hwang
Envelope: 1826274

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* DTS-CIVIL | CASE NUMBER: *(Número del Caso):* 18CV333181 |
|---|---|

191 N. FIRST STREET
SAN JOSE, CA 95113

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

| DATE: August 13, 2018  8/13/2018 9:03 AM *(Fecha)* | Clerk of Court | Clerk, by *(Secretario)*  A. Hwang | , Deputy *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [X] on behalf of *(specify):* Apple, Inc.

   under: [✓] CCP 416.10 (corporation)   [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)

   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| DARREN EASTMAN<br>21446 ONEDA CT.<br>LOS GATOS, CA. 95033<br>TELEPHONE NO.: 650-215-5313    FAX NO.:<br>ATTORNEY FOR *(Name):* | **Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 8/13/2018 9:03 AM<br>Reviewed By: A. Hwang<br>Case #18CV333181<br>Envelope: 1826274** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 N. FIRST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE 95113
BRANCH NAME: DTS-CIVIL

CASE NAME:
DARREN EASTMAN v. APPLE, INC.

| CIVIL CASE COVER SHEET<br>[✔] Unlimited  [ ] Limited<br>(Amount   (Amount<br>demanded  demanded is<br>exceeds $25,000)  $25,000 or less) | Complex Case Designation<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>18CV333181 |
|---|---|---|
| | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[✔] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✔] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✔] monetary b.[✔] nonmonetary; declaratory or injunctive relief c.[✔] punitive
4. Number of causes of action *(specify):* 7
5. This case [ ] is [✔] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 13, 2018
DARREN EASTMAN
_____
(TYPE OR PRINT NAME)        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    · Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

**CW-9024**    A. Hwang

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number and Address)* | FOR COURT USE ONLY |
|---|---|
| DARREN EASTMAN<br>21446 ONEDA CT.<br>LOS GATOS, CA. 95033<br><br>TELEPHONE NO: 650-215-3313<br>E-MAIL ADDRESS *(Optional)*: DARREN@EASTMANTECHNOLOGIES.COM<br>ATTORNEY FOR *(Name)*: | **Electronically Filed**<br>**by Superior Court of CA,**<br>**County of Santa Clara,**<br>**on 8/13/2018 9:03 AM**<br>**Reviewed By: A. Hwang**<br>**Case #18CV333181**<br>**Envelope: 1826274** |

SUPERIOR COURT OF CALIFORNIA. COUNTY OF SANTA CLARA
STREET ADDRESS:
MAILING ADDRESS:    191 North First Street
CITY AND ZIP CODE:    San Jose, California 95113
BRANCH NAME:    **Downtown Superior Court**

| PLAINTIFF/PETITIONER: DARREN EASTMAN | CASE NUMBER: 18CV333181 |
|---|---|
| DEFENDANT/RESPONDENT: APPLE, INC. | JUDICIAL OFFICER: |
| **CONSENT TO ELECTRONIC FILING AND SERVICE AND<br>NOTICE OF ELECTRONIC SERVICE ADDRESS** | DEPT: |

1.   [✔] The following party   or   [   ] the attorney for:

   a.   [✔]   Plaintiff *(name):*   DARREN EASTMAN
   b.   [   ]   Defendant   *(name):*
   c.   [   ]   Petitioner *(name):*
   d.   [   ]   Respondent *(name):*
   e.   [ . ]   Other *(describe):*

   Consents to electronic filing of pleadings, and service of notices and documents in the above-captioned action.

2.   The electronic service address of the person identified in item 1 is *(specify):*   DARREN@EASTMANTECHNOLC

Date: August 13, 2018

DARREN EASTMAN
_____
       (TYPE OR PRINT NAME)

_____
       (SIGNATURE OF PARTY OR ATTORNEY)

CW-9024 REV 08/13/16     Cal Rules of Court, rule 2,251<br>www.courts.ca.gov

**CONSENT TO ELECTRONIC FILING AND SERVICE**
**AND NOTICE OF ELECTRONIC SERVICE ADDRESS**
(Electronic Filing and Service)

| CASE NAME: | CASE NUMBER: |
|---|---|
| DARREN EASTMAN v. APPLE, INC. | |

(Note: *If you serve* Consent to Electronic Filing and Service of Pleadings, and Notice of Electronic Service Address *by mail, you should use form POS-030,* Proof of Service by First-Class Mail-Civil, *instead of using this page.)*

### PROOF OF ELECTRONIC SERVICE
*CONSENT TO ELECTRONIC FILING AND SERVICE OF PLEADINGS*
*AND NOTICE OF ELECTRONIC SERVICE ADDRESS*

1.  I am at least 18 years old and not a party to this action.

    a.  My residence or business address is *(specify):*
        21446 ONEDA CT.
        LOS GATOS, CA. 95033

    b.  My electronic service address is *(specify):* DARREN@EASTMANTECHNOLOGIES.COM

2.  I electronically served a copy of the Consent to Electronic Service and Notice of Electronic Service Address as follows:

    a.  Name of person served:

    b.  Electronic service address of person served:

        On behalf of *(name or names of parties represented, if person served is an attorney):*

    c.  On *(date):*

    d.  At *(time):*

    ☐ Electronic service of the Consent to Electronic Service and Notice of Electronic Service Address on additional persons is described in an attachment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 13, 2018

DARREN EASTMAN
_____
(TYPE OR DECLARANT)

▶ _____
(SIGNATURE OF PARTY OR DECLARANT)

EFS-005-CV

**Electronically Filed**
**by Superior Court of CA,**
**County of Santa Clara,**
**on 8/13/2018 9:03 AM**
**Reviewed By: A. Hwang**
**Case #18CV333181**
**Envelope: 1826274**

ATTORNEY OR PARTY WITHOUT ATTORNEY:       STATE BAR NO:

NAME:  DARREN EASTMAN

FIRM NAME:

STREET ADDRESS:  21446 ONEDA CT.

CITY: LOS GATOS                STATE: CA     ZIP CODE: 95033

TELEPHONE NO.: 650-215-3313        FAX NO. :

E-MAIL ADDRESS:  DARREN@EASTMANTECHNOLOGIES.COM

ATTORNEY FOR (name):

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
 STREET ADDRESS: 191 N. FIRST STREET

MAILING ADDRESS:

CITY AND ZIP CODE: SAN JOSE, 95113

 BRANCH NAME: DTS-CIVIL

Plaintiff/Petitioner: DARREN EASTMAN

Defendant/Respondent: APPLE, INC.

CASE NUMBER:

JUDICIAL OFFICER:
18CV333181

DEPARTMENT:

**CONSENT TO ELECTRONIC SERVICE AND NOTICE OF ELECTRONIC SERVICE ADDRESS**

1. [ x ]  The following party    or    [  ]  the attorney for:

   a.  [ x ]  plaintiff *(name): DARREN EASTMAN*

   b.  [  ]  defendant *(name):*

   c.  [  ]  petitioner *(name):*

   d.  [  ]  respondent *(name):*

   e.  [  ]  other *(describe):*

   consents to electronic service of notices and documents in the above-captioned action.

2. The electronic service address of the person identified in item 1 is *(specify):*
    DARREN@EASTMANTECHNOLOGIES.COM

Date:  August 13, 2018

DARREN EASTMAN
TYPE OR PRINT NAME

(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EFS-005-CV [Rev. July 1, 2016]

**CONSENT TO ELECTRONIC SERVICE AND NOTICE OF ELECTRONIC SERVICE ADDRESS**
**(Electronic Filing and Service)**

Cal. Rules of Court, rule 2.251
www.courts.ca.gov

| | CASE NUMBER: |
|---|---|
| DARREN EASTMAN v. APPLE, INC.<br>CASE NAME: | |

(Note: *If you serve* Consent to Electronic Service and Notice of Electronic Service Address *by mail, you should use form POS-030*, Proof of Service by First-Class Mail–Civil, *instead of using this page.*)

## PROOF OF ELECTRONIC SERVICE

### *CONSENT TO ELECTRONIC SERVICE AND NOTICE OF ELECTRONIC SERVICE ADDRESS*

1. I am at least 18 years old.

    a. My residence or business address is *(specify):*
       21446 ONEDA CT.
       LOS GATOS, CA 95033

    b. My electronic service address is *(specify):*
       DARREN@EASTMANTECHNOLOGIES.COM

2. I electronically served a copy of the *Consent to Electronic Service and Notice of Electronic Service Address* as follows:

    a. Name of person served:

    b. Electronic service address of person served:

       On behalf of *(name or names of parties represented, if person served is an attorney):*

    c. On *(date):*

    d. At *(time):*

    ☐ Electronic service of the *Consent to Electronic Service and Notice of Electronic Service Address* on additional persons is described in an attachment.

*I* declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 13, 2018

DARREN EASTMAN
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

---

**CONSENT TO ELECTRONIC SERVICE AND NOTICE OF ELECTRONIC
SERVICE ADDRESS
(Electronic Filing and Service)**

For your protection and privacy, please press the Clear
This Form button after you have printed the form.  

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Daren Eastman,<br>Darren Eastman<br>21446 ONEDA CT<br>LOS GATOS, CA 95033<br>TELEPHONE NO.: (650)215-3313<br>ATTORNEY FOR *(Name):* | Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 8/31/2018 7:44 AM<br>Reviewed By: A. Rodriguez<br>Case #18CV333181<br>Envelope: 1898033 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, Santa Clara County
191 N. First Street
San Jose, CA 95113-1090

| PLAINTIFF/PETITIONER: Darren Eastman, | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Apple, Inc. | 18CV333181 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**

2. I served copies of:  Summons, Complaint First Amended Complaint, Civil Case Cover Sheet, Consent to Electronic Filing and Service Notice of Electronic Service Address,, Consent to Electronic Service and Notice of Electronic Service Address, Civil Lawsuit Notice, ADR Packet

3. a. Party served:  Apple, Inc.

   b. Person Served: Albert Demonte - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served:  818 West Seventh Street, Suite 930
   Los Angeles, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
   receive service of process for the party (1) on (date): 08/29/2018    (2) at  (time): 3:00PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

Apple, Inc.
under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:     Jimmy Lizama
   b. Address:   One Legal - 194-Marin
            504 Redwood Blvd #223
            Novato, CA 94947

   c. Telephone    415-491-0606
   d. The fee for service was: $ 40.00
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 08/30/2018

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)           (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

OL# 12246600