1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  ALEXANDER B. PARKER (S.B. #264705)
   aparker@omm.com
3  JESSE J. KOEHLER (S.B. #300530)
   jkoehler@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Defendant
   APPLE INC.
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13 | DARREN EASTMAN,                    | Case No. 5:18-cv-05929
14 |            Plaintiff,               | **DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT**
15 |     v.                              |
16 | APPLE INC.,                         |
17 |            Defendant.               |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc. ("Apple") states: (1) Apple is a publicly held corporation; (2) Apple does not have any parent corporation; and (3) no publicly held corporation owns ten percent or more of Apple's stock.

Dated:  September 27, 2018	DAVID R. EBERHART
	ALEXANDER B. PARKER
	JESSE J. KOEHLER
	O'MELVENY & MYERS LLP


	By:	/s/ David R. Eberhart
		David R. Eberhart

	Attorneys for Defendant
	APPLE INC.

- 2-	CORPORATE DISCLOSURE STATEMENT
	CASE NO. 5:18-CV-05929