1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   ALEXANDER B. PARKER (S.B. #264705)
    aparker@omm.com
3   JESSE J. KOEHLER (S.B. #300530)
    jkoehler@omm.com
4   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
5   San Francisco, California  94111-3823
    Telephone:    (415) 984-8700
6   Facsimile:    (415) 984-8701

7   Attorneys for Defendant
    APPLE INC.
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

13  DARREN EASTMAN,                      Case No. 5:18-cv-05929

14              Plaintiff,               **DEFENDANT APPLE INC.'S
                                         CERTIFICATION OF INTERESTED
15       v.                              ENTITIES OR PERSONS**

16  APPLE INC.,

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

                                - 1 -

1

## <u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


Dated:  September 27, 2018          DAVID R. EBERHART
ALEXANDER B. PARKER
JESSE J. KOEHLER
O'MELVENY & MYERS LLP



By:      */s/ David R. Eberhart*
David R. Eberhart

Attorneys for Defendant
APPLE INC.