DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
ALEXANDER B. PARKER (S.B. #264705)
aparker@omm.com
JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DARREN EASTMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No. 5:18-cv-05929-DMR<br><br>**DEFENDANT APPLE INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

## DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant Apple Inc. hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests reassignment of this case to a United States District Judge.

Dated: September 28, 2018

DAVID R. EBERHART
ALEXANDER B. PARKER
JESSE J. KOEHLER
O'MELVENY & MYERS LLP

By: */s/ David R. Eberhart*
       David R. Eberhart

Attorneys for Defendant
APPLE INC.