1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  ALEXANDER B. PARKER (S.B. #264705)
   aparker@omm.com
3  JESSE J. KOEHLER (S.B. #300530)
   jkoehler@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:   (415) 984-8700
6  Facsimile:   (415) 984-8701

7  Attorneys for Defendant
   APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| DARREN EASTMAN,<br><br>           Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>           Defendant. | Case No. 3:18-cv-05929-JST<br><br>**JOINT STIPULATION REGARDING CONTINUANCE OF JANUARY 2, 2019 INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

# STIPULATION

Plaintiff Darren Eastman, in *pro se*, and Defendant Apple Inc. ("Apple"), through its counsel of record, and subject to the approval of the Court, hereby agree and stipulate as follows:

1. On October 2, 2018, the Court set the Initial Case Management Conference for January 2, 2019. Dkt. 10.

2. Lead counsel for Apple has a scheduling conflict that will preclude his in-person attendance at the Initial Case Management Conference as currently scheduled. Counsel for Apple informed Plaintiff of this scheduling conflict on October 3, 2018.

3. In view of the foregoing, good cause exists, and Plaintiff and Apple respectfully ask the Court, to reset the Initial Case Management Conference—currently scheduled for January 2, 2019—for January 9, 2019 at 2 p.m. or for a subsequent date more convenient for the Court.

**SO STIPULATED.**

Dated: October 4, 2018

DAVID R. EBERHART
O'MELVENY & MYERS LLP

By: */s/ David R. Eberhart*
     David R. Eberhart

Attorneys for Defendant
APPLE INC.

Dated: October 4, 2018

DARREN EASTMAN, IN PRO SE

By: */s/ Darren Eastman*
     Darren Eastman

1

JOINT STIPULATION RE: CMC AND
[PROPOSED] ORDER
NO. 3:18-CV-05929-JST

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated: October 4, 2018	O'MELVENY & MYERS LLP


By:  */s/ David R. Eberhart*
              David R. Eberhart

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | IT IS ORDERED that the foregoing Stipulation is approved. The Initial Case |
| 3 | Management Conference is reset for ___January 9___, 2019 at 2 p.m. in Courtroom 9, 19th |
| 4 | Floor, 450 Golden Gate Avenue, San Francisco, California 94102. |
| 5 | |
| 6 | Dated: ___October 9___, 2018    _____ |
| 7 | Honorable Jon S. Tigar<br>United States District Judge |