UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN EASTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 18-cv-05929-JST<br><br>**ORDER STAYING MOTION FOR DISCOVERY**<br><br>Re: ECF No. 42 |

The Court has received pro se Plaintiff Darren Eastman's motion for discovery. ECF No. 42. The Court sua sponte STAYS all discovery, including consideration of Eastman's motion, until after Defendant Apple, Inc. has filed a responsive pleading. The briefing schedule and hearing date on Eastman's motion are hereby VACATED.

Once Defendant has filed a responsive pleading, the Court may reinstate the briefing schedule or refer all discovery matters to a magistrate judge.

**IT IS SO ORDERED.**

Dated: May 17, 2019

_____
JON S. TIGAR
United States District Judge